

THE OFFICE OF THE ATTORNEY GENERAL OF TEXAS

**MARY B. QUIMBY**　　　　　　　　　　　　　　　　　　　　　　　　　PHONE: (512) 475-4092
Assistant Attorney General　　　　　　　　　　　　　　　　　　　　　　　FAX: (512) 320-0667
General Litigation Division　　　　　　　　　　　　　　　　　　EMAIL: mary.quimby@oag.texas.gov

June 29, 2023

**Via CM/ECF:**
U.S. District Judge Andrew S. Hanen
United States Courthouse
515 Rusk Street, Room 9110
Houston, TX  77002

　　　　Re:　Civil Action No. 4:22-cv-2126; *Debra D. Andrist v. Sam Houston State University and Alisa White, in her official capacity as its president;* in the U.S. District Court for the Southern District of Texas, Houston Division

Dear Judge Hanen:

　　With regard to the matter referenced above, this letter serves as written notice that I will be on parental leave for 12 weeks beginning June 29, 2023.  During this time period, I respectfully request that no hearings, conferences, trial, other court appearances, or deadlines be scheduled.  I would also request that no discovery be propounded during this period.

　　Should you need to contact me during this time, please feel free to contact my assistant, Laura Hendrix, at (512) 463-5574.  Thank you for your attention and assistance in this matter.

　　　　　　　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　　　　　　　*/s/ Mary B. Quimby*
　　　　　　　　　　　　　　　　　　　　　　MARY B. QUIMBY
　　　　　　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　　　　　General Litigation Division

MBQ/lh

cc: all counsel of record