United States District Court
Southern District of Texas
**ENTERED**
November 07, 2023
Nathan Ochsner, Clerk

**COURTROOM MINUTES- ORDER**
JUDGE SAM SHELDON  PRESIDING
DATE: November 6, 2023
COURT REPORTER: ERO
MORNING: _____   AFTERNOON: 1 hour
**********************************************************************

CIVIL NO. 4:22cv2126

Debra D. Andrist,

Plaintiff

Vs.

Sam Houston State University, et al

Defendants

**********************************************************************

MINUTE ENTRY ORDER:

The parties have settled the case and the material settlement terms were placed on the record.

Signed this 7th day of November, 2023.

_____
Sam Sheldon
United States Magistrate Judge