United States District Court
Southern District of Texas
**ENTERED**
November 13, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DEBRA D. ANDRIST | § | |
| | § | |
| VS | § | CIVIL ACTION NO. H:-22-2126 |
| | § | |
| SAM HOUSTON STATE UNIVERSITY | § | |

## ORDER OF DISMISSAL ON SETTLEMENT ANNOUNCEMENT

The Court has been informed that, after mediation before Magistrate Judge Sheldon, a settlement of this action has been reached. Therefore, this case is **DISMISSED** without prejudice to the right of the parties to move for reinstatement within forty-five days if the settlement is not consummated. Parties should submit their agreed upon judgment in the next forty-five days.

SIGNED at Houston, Texas, this _____8th_____ day of November 2023.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE