United States District Court
Southern District of Texas
**ENTERED**
January 11, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Debra D. Andrist | § § | |
| VS | § § § | CIVIL ACTION NO. 4:22CV2126 |
| Sam Houston State University, *et al* | § | |

### ORDER

Pending before the Court is the Joint Motion for Reinstatement Following Dismissal Without Prejudice (at Doc. No. 50).

IT IS ORDERED this case is retained on the Court's docket for 90 days to allow the parties to complete their obligations pursuant to an agreed resolution. Parties are to file their agreed upon judgment within 90 days.

SIGNED, January 9, 2024

---
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE