UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DEBRA D. ANDRIST, <br>    *Plaintiff,* <br><br> v. <br><br> SAM HOUSTON STATE UNIVERSITY <br> and ALISA WHITE, in her official <br> capacity as its president, <br>    *Defendants.* | § <br> § <br> § <br> § <br> §   Civil Action No. 4:22−cv−02126 <br> §   JURY <br> § <br> § <br> § <br> § |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE TO REFILING**

Having resolved all their disputes by agreement, pursuant to FED. R. CIV. P. 41 (a)(l)(A)(ii), the parties hereby agree and stipulate as follows:

1. Plaintiff's claims against Defendants in the above-titled action are hereby dismissed with prejudice; and

2. Each party will bear its own costs and attorney fees (other than as separately may have been agreed in writing by them).

            Respectfully Submitted,

| | |
|---|---|
| /s/ *Mary B. Quimby* <br> MARY B. QUIMBY <br> Texas Bar No. 24132506 <br> Southern District Bar No. 3821837 <br> Assistant Attorney General <br> General Litigation Division <br> Office of the Attorney General <br> P.O. Box 12548, Capitol Station <br> Austin, Texas 78711-2548 <br> (512) 463-2120 / Fax (512) 320-0667 <br> mary.quimby@oag.texas.gov <br><br> ATTORNEY FOR DEFENDANTS | SCHLEICHER LAW FIRM, PLLC <br> 510 Austin Ave., Ste. 110 <br> Waco, Texas 76701 <br> (254) 776-3939 <br> (254) 776-4001 fax <br><br> By:   /s/ David R. Schleicher <br>    David R. Schleicher <br>    SDTX No. 38077 <br>    TX Bar 17753780 <br>    david@gov.law <br><br> ATTORNEYS FOR PLAINTIFF ANDRIST |