United States District Court
Southern District of Texas
**ENTERED**
February 08, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DEBRA D. ANDRIST | § | |
| | § | |
| VS | § | CIVIL ACTION NO. H:-22-2126 |
| | § | |
| SAM HOUSTON STATE UNIVERSITY | § | |

### ORDER OF DISMISSAL

In accordance with Joint Stipulation of Dismissal with Prejudice to Refiling filed on January 31, 2024 (Doc. No. 52), this case is **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

SIGNED at Houston, Texas, this ___7th___ day of February 2024.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE